1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JEANE HAMILTON (CABN 157834)
   Special Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California 94102
7  Telephone: (415) 436-7129
   Facsimile: (415) 436-7234
8  E-Mail: Jeane.Hamilton2@usdoj.gov

9  Attorneys for the United States

FILED
NOV 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEJANDRO LOPEZ-RESENDIZ<br><br>        Defendant. | Criminal No. CR 08-0778 MMC<br><br>[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 14, 2008 TO DECEMBER 3, 2008 |

The parties appeared before the Honorable Magistrate Bernard Zimmerman on November 14, 2008. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 14, 2008 to December 3, 2008, in light of the need for defendant's counsel to review discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0778 MMC

exercise of due diligence and the need for counsel to review the discovery with the defendant.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 14, 2008 to December 3, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 14, 2008 to December 3, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 11/14/08

/s/
RONALD TYLER
Counsel for Alejandro Lopez-Resendiz

DATED: 11/14/08

/s/
JEANE HAMILTON
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 20 N/V 08

THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0778 MMC                                2