JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

JEANE HAMILTON (CABN 157834)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7129
Facsimile: (415) 436-7234
E-Mail: Jeane.Hamilton2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALEJANDRO LOPEZ-RESENDIZ<br><br>    Defendant. | Criminal No. CR 08-0778 MMC<br><br>[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM DECEMBER 3, 2008 TO JANUARY 30, 2009 |

    The parties appeared before the Honorable Maxine M. Chesney on December 3, 2008. With the agreement of counsel for both parties, the Court found and held as follows:

    1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from December 3, 2008 to January 30, 2009, in light of the need for defendant's counsel to review discovery.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

**[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0778 MMC**

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from December 3, 2008 to January 30, 2009 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from December 3, 2008 to January 30, 2009 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 12/8/08             /s/
                           RONALD TYLER
                           Counsel for Alejandro Lopez-Resendiz

DATED: 12/8/08             /s/
                           JEANE HAMILTON
                           Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: December 24, 2008   _____
                           THE HON. MAXINE M. CHESNEY
                           United States District Court Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0778 MMC                2