IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEJANDRO LOPEZ-RESENDIZ,<br><br>　　　　Defendant. | No. CR 08-0778 MMC<br><br>**STIPULATION AND ORDER CONTINUING HEARING AND EXCLUDING TIME** |

## STIPULATION

The parties agree to continue the hearing in the above-captioned matter from January 30, 2009 until February 13, 2009 at 2:00 p.m. or as soon thereafter as the matter may be heard. The reason for the continuance is that the parties are engaged in settlement discussions, and that counsel needs additional time for effective preparation of the case.

For the foregoing reasons, the parties agree to the stated continuance and request that time be excluded under the Speedy Trial Act based upon the need for effective preparation.

IT IS SO STIPULATED.

//

//

//

STIP & ORDER CONTINUING HEARING;
*United States v. Lopez-Resendiz*
CR 08-0778 MMC　　　　　　　　　　1

1  Dated:    January 28, 2009                    _____/s/_____
2                                                RONALD C. TYLER
                                                 Assistant Federal Public Defender
3                                                Counsel for Alejandro Lopez-Resendiz

4  Dated:    January 28, 2009                    _____/s/_____
5                                                JEANE HAMILTON
                                                 Special Assistant United States Attorney
6

7                                    **ORDER**

8      The Court finds as follows:

9      The ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and would unreasonably deny the defendant continuity of counsel.

      The aforementioned ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

      Accordingly, this matter is continued until ~~February 13, 2009 at 2:00 p.m. or as soon thereafter as the matter may be heard~~ February 18, 2009 at 2:30 p.m.  Pursuant to the Speedy Trial Act Title 18 United States Code §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv), the period from January 30, 2009 until February 13, 2009 is excluded in computing the time within which the trial of this matter must commence.

      IT IS SO ORDERED.

Dated: January 29, 2009                         _____
                                                THE HONORABLE MAXINE M. CHESNEY
                                                UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING HEARING;
*United States v. Lopez-Resendiz*
CR 08-0778 MMC                              2