JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

JEANE HAMILTON (CABN 157834)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7129
Facsimile: (415) 436-7234
E-Mail: Jeane.Hamilton2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 08-0778 MMC |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME |
| ALEJANDRO LOPEZ-RESENDIZ ) | |
| Defendant. ) | |

The parties agree to continue the hearing in the above-captioned matter from February 18, 2009 at 2:30 p.m. until March 4, 2009 at 2:30 p.m. or as soon thereafter as the matter may be heard. The continuance is necessary to allow the parties to continue settlement discussions and allow counsel additional time for effective preparation of the case.

//

//

//

STIPULATION AND ORDER CONTINUING
HEARING AND EXCLUDING TIME
*United States v. Lopez-Resendiz*
CR 08-0778 MMC

For the foregoing reasons, the parties agree to the stated continuance and request that time be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161, based upon the need for effective preparation.

IT IS SO STIPULATED.

DATED: February 3, 2009            /s/
                                   RONALD TYLER
                                   Counsel for Alejandro Lopez-Resendiz

DATED: February 3, 2009            /s/
                                   JEANE HAMILTON
                                   Special Assistant United States Attorney

STIPULATION AND ORDER CONTINUING
HEARING AND EXCLUDING TIME
*United States v. Lopez-Resendiz*
CR 08-0778 MMC                     2

| | |
|---|---|
| 1 | **ORDER** |

2   The Court finds as follows:

3   The ends of justice are served by granting the requested continuance, given that failure to
4   do so would deny counsel for the defendant the reasonable time necessary for effective
5   preparation, taking into account the exercise of due diligence, and would unreasonably deny the
6   defendant continuity of counsel.

7   The aforementioned ends of justice outweigh the best interest of the public and the
8   defendant in a speedy trial.

9   Accordingly, this matter is continued until March 4, 2009.  Pursuant to the Speedy Trial
10  Act, Title 18 United States Code §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv), the period from
11  ~~February 13~~ February 18, 2009 until March 4, 2009 is excluded in computing the time in which the trial of
12  this matter must commence.

14  IT IS SO ORDERED.

16  DATED: February 5, 2009                              _____
17                                                                           THE HON. MAXINE M. CHESNEY
                                                                             United States District Court Judge